IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GERALD WASHINGTON : CIVIL ACTION
:
v. :
:
CITY OF PHILADELPHIA, :
et al. : NO. 10-176

ORDER

AND NOW this 8th day of July, 2010, upon consideration of the Motion to Dismiss (Docket No. 12), filed by defendants Lynne Abraham and Gaetano D'Andrea, no timely response to which has been received by the Court, IT IS HEREBY ORDERED, for the reasons set forth in a Memorandum of today's date, that the Motion is GRANTED and the plaintiff's claims against defendants Abraham and D'Andrea are DISMISSED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.